**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-6727**

KEVIN ANTONIO WATSON,

Plaintiff - Appellant,

v.

HAROLD W. CLARKE, Director; CARL A. MANIS, Regional Administrator; BARRY L. KANODE, Warden; COMMONWEALTH OF VIRGINIA,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James P. Jones, Senior District Judge.  (7:20-cv-00357-JPJ-RSB)

Submitted:  November 22, 2022                    Decided:  November 29, 2022

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Kevin A. Watson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin A. Watson appeals the district court's orders denying relief on his 42 U.S.C. § 1983 complaint and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Watson v. Clarke*, No. 7:20-cv-00357-JPJ-RSB (W.D. Va. Sept. 29, 2021; June 9, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*